**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7179**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN W. REEDY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-92-70098-H, CA-96-143-R)

---

Submitted:  December 19, 1996        Decided:  January 6, 1997

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

George W. Johnston, III, KUYKENDALL, JOHNSTON, COLEMAN & KUYKEN-
DALL, P.C., Winchester, Virginia; Elton Eugene Gunter, Winchester,
Virginia, for Appellant.  Stephen Urban Baer, OFFICE OF THE UNITED
STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Reedy, Nos. CR-92-70098-H; CA-96-143-R (W.D. Va. July 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED